IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-CR-00174 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| ZACHARY MARRA | : | |
| Defendant. | : | |

## AGREED ORDER

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of the various minor victims portrayed in the **"Jenny", "Sweet White Sugar" and "Vicky"** series of images. For purposes of this Agreed Order, the said minor victims are referred to respectively as "Jenny", "Pia", and "Lilly". The images of said individuals were unlawfully possessed by defendant **ZACHARY MARRA**, in violation of 18 United States Code, Section 2252 (a)(4)(B) and (b)(2).

The United States and the defendant **ZACHARY MARRA** have reached a stipulated agreement pursuant to Title 18, United States Code, Section 2259 which requires the Court to impose restitution for any offense committed under Chapter 110, which applies to the conviction of possession of child pornography. There is no factual dispute between the parties that the defendant **ZACHARY MARRA** possessed at least one image of child pornography depicting the above-identified minors in the **"Jenny", "Sweet White Sugar" and "Vicky"** series.

The parties further agree and stipulate that the said victims seeking restitution in this case, legally qualify as victims as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

1

**IT IS THEREFORE AGREED** by and between the parties that defendant **ZACHARY MARRA**, is deemed liable for a portion of the total harm/losses suffered by the said victims in the **"Jenny", "Sweet White Sugar" and "Vicky"** series. Accordingly, defendant **ZACHARY MARRA** agrees to pay a total of $9,000 as restitution to said victims identified above in the **"Jenny", "Sweet White Sugar" and "Vicky"** series, in the following specified amounts:

| Victim | Amount | c/o Attorney | Address |
|---|---|---|---|
| A. Jenny | $3,000 | Katie M. Ship, Esq. | PO Box 4668 #65135<br>New York, NY 10163 |
| B. Pia | $3,000 | Deborah A. Bianco | 14535 Bellevue-Redmond Rd #201<br>Bellevue, WA 98007 |
| C. Vicky | $3,000 | Carol Hepburn, Esq. | 200 First Avenue West<br>Suite 550<br>Seattle, WA 98119 |

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall thereafter be distributed to the respective victims through their counsel and/or representative.

The specific payment details will be set forth by the Court in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_Walter H. Rice_ (tp - per Judge Rice authorization after his review)
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

DAVID M. DEVILLERS
UNITED STATES ATTORNEY

_[signature]_
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney

_[signature]_
ZACHARY MARRA
Defendant

_[signature]_
NICHOLAS GEORGE GOUNARIS, ESQ.
Counsel for Defendant ZACHARY MARRA